# United States Court of Appeals for the Federal Circuit

---

March 28, 2016

**ERRATUM**

---

Appeal Nos. 2014-1617, 2014-1619

---

**LEXMARK INTERNATIONAL, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**IMPRESSION PRODUCTS, INC.,**
*Defendant-Appellant*

**QUALITY CARTRIDGES, INC., JOHN DOES, 1-20, BLUE TRADING LLC, EXPRINT INTERNATIONAL, INC., LD PRODUCTS, INC., PRINTRONIC CORPORATION, TESEN DEVELOPMENT (HONG KONG) CO. LTD., BENIGNO ADEVA AND HIS COMPANIES,**
*Defendants*

---

Decided: February 12, 2016
Precedential Opinion

---

On page 19, line 13 of the opinion, "disjunction" has been changed to "disjunctive."